UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DORINE LYNCH,

                            Plaintiff,

                                               **ORDER**
      -against-                                 CV 04-4618 (JS)(ARL)

THE OFFICE OF COURT ADMINISTRATION
OF THE STATE OF NEW YORK, et al.,

                            Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' unopposed letter application dated August 11, 2006, seeking to compel the production of: (1) plaintiff's tax returns and W-2s for the time period 2000 to the present; (2) authorizations for the release of plaintiff's medical records; (3) the documents that the plaintiff testified about during her deposition, namely the plaintiff's job responsibilities typed out by Mr. Costa; letters regarding interviews and any declination letter received; release for any and all grievances that the plaintiff submitted and any follow-up paperwork; plaintiff's resume submitted in 2003; (4) the address of "Karen Devoe" who was identified by the plaintiff during her deposition; and (5) a verification from the plaintiff regarding the interrogatories to which she has responded.  The application is granted as unopposed.  The plaintiff shall produce the above items to the defendants by **September 1, 2006.**

Dated:  Central Islip, New York                  **SO ORDERED:**
          August 23, 2006

                                                      _____/s/_____
                                                      ARLENE R. LINDSAY
                                                     United States Magistrate Judge